# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 140

*October Term, A.D. 2021*

December 22, 2021

ISAIAH ELIZER SANTIAGO,

**Appellant**
**(Defendant),**

**v.**                                                               **S-21-0201**

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING PROBATION REVOCATION AND CONVICTIONS

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's June 8, 2021 Order Revoking Deferred Entry of Judgment in Case DC-7518, Disposition on Probation Revocation in Case DC-7518, and Sentence in Case DC-9117. In docket DC-7518, after Appellant admitted he violated his Wyo. Stat. Ann. § 7-13-301 probation, the district court revoked probation and imposed a two to four-year sentence on a conviction for child abuse. Wyo. Stat. Ann. § 6-2-503. In docket DC-9117, Appellant entered unconditional guilty pleas to strangulation of a household member and to misdemeanor domestic battery. Wyo. Stat. Ann. § 6-2-509; § 6-2-511. On the felony, the district court imposed a four to six-year sentence, to be served consecutively to the child abuse sentence.

[¶2]    On October 14, 2021, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief, which provided that Appellant "may file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if

appropriate, make a final decision" on this appeal. Appellant's *pro se* brief was due for filing on or before November 29, 2021. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Revoking Deferred Entry of Judgment in Case DC-7518, Disposition on Probation Revocation in Case DC-7518, and Sentence in Case DC-9117 should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Isaiah Elizer Santiago, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Campbell County District Court's June 8, 2021 Order Revoking Deferred Entry of Judgment in Case DC-7518, Disposition on Probation Revocation in Case DC-7518, and Sentence in Case DC-9117 be, and the same hereby is, affirmed.

[¶6]    **DATED** this 22nd day of December, 2021.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**